UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NICHOLAS L. VASSENELLI,

                          Plaintiff,

   -v-                                             5:10-CV-1422

THE CITY OF SYRACUSE; STEPHANIE A.
MINER, in her individual and official capacity
as Mayor of the City of Syracuse; FRANK L.
FOWLER, in his individual and official capacity
as Chief of Police for the City of Syracuse;
JUDY CULETON, in her individual and official
capacity as Director of the Human Resources
Division of the Syracuse Police Department;
MATTHEW DRISCOLL, in his individual capacity
as former Mayor of the City of Syracuse; GARY
MIGUEL, in his individual capacity as former
Chief of Police for the City of Syracuse;
SERGEANT RICHARD PERRIN, in his individual
and official capacity; POMCO GROUP, individually
and as an agent for The City of Syracuse, a/k/a
POMCO, Inc.; SHARON MILLER, in her individual
and official capacity and as agent of the City of
Syracuse; SHARON ERIKSSON, in her individual
and official capacity and as agent of the City of
Syracuse; and DAVID BARRETTE, in his
individual and official capacity,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| BOSMAN LAW OFFICE, LLC<br>Attorneys for Plaintiff<br>6599 Martin Street<br>Rome, NY  13440 | A.J. BOSMAN, ESQ.<br>BETH A. LOCKHART, ESQ. |

| | |
|---|---|
| CITY OF SYRACUSE LAW DEPARTMENT<br>Attorneys for Defendants City of Syracuse,<br>    Miner, Fowler, Culeton, Driscoll, and<br>    Miguel<br>233 E. Washington Street<br>300 City Hall<br>Syracuse, NY  13202 | SHANNON T. O'CONNOR, ESQ.<br>Ass't Corporation Counsel |
| COUGHLIN & GERHART LLP<br>Attorneys for Defendants City of Syracuse,<br>    Miner, Fowler, Culeton, Driscoll, Miguel,<br>    Perrin, and Barrette<br>19 Chenango Street<br>P.O. Box 2039<br>Binghamton, NY  13902 | MARY LOUISE CONROW, ESQ. |
| HISCOCK & BARCLAY LLP<br>Attorneys for Defendants POMCO Group<br>    and Miller<br>One Park Place<br>300 South State Street<br>Syracuse, NY  13202 | ROBERT A. BARRER, ESQ. |
| LAW OFFICES OF BRADY & CARAFA<br>Attorneys for Defendant Eriksson<br>443 Electronics Parkway<br>Liverpool, NY  13088 | JAMES C. BRADY, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brings this action against the City of Syracuse ("City"), several present and former City employees, POMCO Group a/k/a POMCO, Inc., ("POMCO"), a third-party benefits administrator for the City, and a POMCO employee, asserting various federal and state law causes of action arising out of the City's payment of benefits to the plaintiff under New York General Municipal Law section 207-c.  On January 30, 2012, the Honorable David E. Peebles, United States Magistrate Judge, advised, by Report–Recommendation that

plaintiff's motion for a preliminary injunction be denied.  Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report–Recommendation to which plaintiff objected, the Report–Recommendation is accepted in its entirety.  See 28 U.S.C. § 636(b)(1) (2006).

Accordingly, it is

ORDERED that

Plaintiff's motion for a preliminary injunction (Dkt. No. 21) is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 5, 2012
       Utica, New York.